UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| KELVIN J. MILES, | Civil No. 21-957 (JRT/LIB) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| UNITED STATES, | |
| Respondent. | |

_____

**Kelvin J. Miles,** 45410-007, Federal Medical Center, P.O. Box 4000, Rochester, MN 55903-4000, Petitioner.

Ana H Voss and Chad A. Blumenfield, **UNITED STATES ATTORNEY'S OFFICE**, 300 S 4th St Ste 600, Minneapolis, MN 55415, for Respondent.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus of Petitioner Kelvin J. Miles, [ECF No. 1], is **DENIED without prejudice**;

2. This matter is **DISMISSED**;

3. Petitioner's application to proceed in forma pauperis, [ECF No. 2], is **DENIED as moot**; and

4. Petitioner's "Motion for a Procedural Response," [ECF No. 5], is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 11, 2021      s/John R. Tunheim
at Minneapolis, Minnesota    JOHN R. TUNHEIM
                                            Chief Judge
                                            United States District Court